ACCEPTED
14-14-00792-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 4:58:32 PM
CHRISTOPHER PRINE
CLERK

` IN THE COURT OF APPEALS

FOURTEENTH JUDICIAL DISTRICT

AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/22/2015 4:58:32 PM

CHRISTOPHER A. PRINE
Clerk

## NO. 14-14-00792-CV

**KHALED ALATTAR,**

**Appellant**

**v.**

**KAY HOLDINGS, INC.,**

**Appellee**

**INTERLOCUTORY APPEAL OF RULING ON SPECIAL APPEARANCE**

**FROM THE 113TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**TRIAL COURT CAUSE NO. 2012-54501**

**UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF UNTIL JUNE 19, 2015**

TO THE FOURTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee Kay Holdings, Inc. (hereinafter "Kay Holdings") files this Unopposed Motion to Extend Time to File Appellee's Brief, and would respectfully show the Court the following:

1. The Initial Deadline for filing Appellant's Brief was set by the Court for April 13, 2015.

2. As discussed and explained in the Agreed Motion to Extend Time for Filing Appellant's Brief in this Cause, Appellant, through no fault of its own, was unable to obtain the complete record in sufficient time to file its Brief.

3. After conferring with the undersigned, the Agreed Motion was filed on April 13, 2015 with the Court.

4. The Court granted Appellant's Motion and the time for filing was reset for May 4, 2015.

5. Appellant filed its Brief on May 1, 2015.

6. After reviewing Appellant's Brief with Kay Holdings, Appellee determined that it would require additional time to complete and file Appellee's Brief. Appellee's Unopposed Motion to Extend time was granted by this Honorable Court until Thursday June 11, 2015.

7. On Tuesday, June 9, 2015, Appellee received notice that the Supplemental Clerk's Record had been filed in this cause pursuant to this Honorable Court's Order dated May 12, 2015.

8. Appellee will need additional time to obtain the sealed record, download its contents, review its contents for possible changes to its Brief and file its Brief with a full review of the entire record.

9.  Kay Holdings respectfully requests that the deadline for filing Appellee's brief be extended by four days  to June 17, 2015 for the reasons set forth herein.

10. On June 9, Appellant Counsel advised the undersigned that upon reviewing the Clerk's Supplemental Record, and after discussion with this Court's Clerk,  he would be filing an Amended Brief on Thursday, June 11 or Friday, June 12. As of the filing of this Motion, Appellant has not filed its Amended Brief.

11. Appellant had, previous to advising the undersigned that he would be filing an Amended Brief to correct cites and other non-substantive matters, did not oppose an extension to file Appellee's Brief until Monday, June 15, 2015. The Motion was filed on June 9 to extend time for filing Appellee's Brief until Monday, June 15, 2015.

12.  Appellant advised the undersigned on June 9, 2015, that he would be filing an Amended Brief to correct the Appellant Brief with the corrections set forth above. Following conference with Appellant Counsel, it was agreed that the undersigned could file an Agreed Motion to Extend Filing Appellee's Brief until Wednesday, June 17, 2015.

13. Appellant filed its much anticipated Amended Brief with the Court on Monday, June 15, 2015, following receipt and review of Clerk's Supplemental Record received on June 9, 2015.

14. Appellee's staff personnel has had difficulty accessing the office where all notes, hard copy of the Record and exhibits are stored until the morning of June 17th. Appellee's counsel and assistants are working on a complete draft of its Brief for filing as soon as possible given the unforeseen delays caused by the recent area weather. Appellee is confident that its Brief will be filed on June 18 or 19, 2015, and therefore requests for an extension until June 19, 2015 to file its Brief.

15. Appellee's counsel advised Appellant's counsel be email on Friday afternoon, June 19, 2015, that due to Appellee's unexpected personal situation, Appellee's Brief would not be filed until Monday June 22, 2015. Appellant's counsel did not oppose the extension.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellee Kay Holdings, Inc. respectfully requests that this Court extend the deadline to file Appellee's brief to June 22, 2015.

Dated: June 22, 2015

Respectfully submitted,

s/ J. Randle Henderson

J. Randle Henderson

TBN 09424300

16506 F. M. 529, Suite 115-107

Houston, Texas 77095

Ph. 713 870.8358

Fx. 281.758.0545

*jrh@hendersonrandy.com*

Counsel to Kay Holdings, Inc.


## CERTIFICATE OF CONFERENCE

I certify that on June 19, 2015, I sent an email to Mark Ritchie and Brian Keller, counsel for Appellant, and they were not opposed to this Motion to Extend.

s/ J. Randle Henderson

J. Randle Henderson